UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                Date of proceeding: November 9, 2011

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #459


**TITLE OF CASE:**                DOCKET NO. 08cv3340(JHR)
Maryann Cottrell, et al
      v.
Zagami

**APPEARANCES:**
Wesley Hanna, Esq for plaintiff
Melissa Kanbayashi, Esq for defendant
Alan Reuter, Esq for defendant


**DISPOSITION:**
Telephone Status Conference held on the record.
Order to be entered.



DEPUTY CLERK: s/Susan Bush



Time commenced: 11:59 am      Time adjourned: 12:16 pm

        Total time in Court: 17 mins.