```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| MARYANN COTTRELL and RICHARD HOLLAND, | |
| Plaintiffs, | Civil No. 08-3340 (JEI/AMD) |
| v. | |
| ZAGAMI, LLC, d/b/a THE LANDMARK AMERICANA TAP AND GRILL, d/b/a LANDMARK LIQUORS, d/b/a THE SPOT, | |
| Defendant. | |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on November 9, 2011; and the Court noting the following appearances: Wesley G. Hanna, Esquire, appearing on behalf of the plaintiffs; and Alan A. Reuter, Esquire, and Melissa J. Kanbayashi, Esquire, appearing on behalf of the defendant; and for good cause shown:

IT IS this **14th** day of **November 2011**, hereby **ORDERED**:

1. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **December 8, 2011**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** Fed. R. Civ. P. 16(f).

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Joseph E. Irenas