

1001 MELROSE AVENUE, SUITE A
BLACKWOOD, NEW JERSEY 08012

DIRECT DIAL: (856) 228-2206
DIRECT FAX:  (856) 228-1885
Email: areuter@thenashlawfirm.com

November 28, 2011

**Via Electronic Filing**
Honorable Ann Marie Donio, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**RE:   Maryanne Cottrell and Richard Holland v. Zagami, LLC**
      **Docket No: 08-cv-3340 (JEI)**

Dear Judge Donio:

This office is writing on behalf of Zagami, LLC with regard to dispositive motion scheduling for the above-referenced matter. In the November 9, 2011 telephone status conference, the Court set a deadline of December 8, 2012 regarding dispositive motions. During that conference, this office requested additional time, apprising the Court of scheduling concerns, making specific reference to a lengthy trial for which adjournment had been requested, but for which no response regarding an adjournment had yet been received (the Merion Gardens case referred to below). The Court made note during the call that an adjournment had been requested. The Court also indicated that this office could at a later date request reconsideration of the scheduling decision of a December 8, 2011 date for dispositive motions should that be deemed warranted.

This office is writing to request that the December 8, 2011 dispositive motion date be re-set. Among other things, the office of the undersigned, which has only three attorneys, has been preparing for trial and has been involved in pre-trial proceedings/matters regarding the following, which are pending in the New Jersey Superior Court:

> December 5, 2011 trial date in the matter of Kilocoglu v. Zellman; Docket No. BUR-L-129-09, a jury trial involving multiple parties and anticipated to last between 1-2 weeks

Case 1:08-cv-03340-JEI-AMD   Document 86   Filed 11/28/11   Page 2 of 2 PageID: 932



```
Hon. Ann Marie Donio. U.S.M.J.
November 28, 2011
Page 2
```

> December 12, 2011 trial date in the matter of <u>Shade, Margaret vs. Lanzi, Lisa M.</u>; Docket Number GLO-L-1289-09, a jury trial anticipated to last several days

> December 12, 2011 trial date in the matter of <u>Merion Gardens Assisted Living, LLC v. Hospicomm</u>; GLO-L-1883-03, a jury trial anticipated to last several weeks

In addition to other pre-trial proceedings/matters, the Kilocoglu and Shade matters involve a number of *de benne esse* depositions that have or will take place ahead of the foregoing trial dates. In addition to four such depositions that have taken place in recent weeks, which were all taken or defended by the undersigned, there are at least three more scheduled within the next week.

The undersigned is scheduled to try or be actively involved in the trial of all three matters. The Merion Gardens matter as to which the undersigned apprised the Court an adjournment had been requested has not been adjourned as of this date. Even if one or more of the foregoing matters are adjourned or if scheduling is otherwise modified, the pendency of these matters has not and is not anticipated to afford the undersigned with the desired amount of time for anticipated submissions in the within matter. The undersigned has been and will this week and into next be actively working on these matters and preparing for trial. The foregoing is in addition to an arbitration for which the undersigned was preparing for into last week for a November 30, 2011 date that was adjourned only last week.

It is again respectfully requested that the Court re-set the December 8, 2011 dispositive motion date.

Respectfully submitted,
Nash Law Firm LLC


/s/ *Alan Reuter*
Alan A. Reuter, Esq.

cc:   Wesley G. Hanna, Esquire (via electronic filing)
      Melissa Kanbayashi, Esq. (via electronic filing)

Case 1:08-cv-03340-JEI-AMD   Document 86   Filed 11/28/11   Page 2 of 2 PageID: 932