

1001 MELROSE AVENUE, SUITE A
BLACKWOOD, NEW JERSEY 08012

DIRECT DIAL: (856) 228-2206
DIRECT FAX:  (856) 228-1885
Email: areuter@thenashlawfirm.com

December 5, 2011

**Via Electronic Filing**
Honorable Ann Marie Donio, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**RE:   Maryanne Cottrell and Richard Holland v. Zagami, LLC
       Docket No: 08-cv-3340 (JEI)**

Dear Judge Donio:

This office is writing on behalf of Zagami, LLC with regard to dispositive motion scheduling for the above-referenced matter.  This letter is in follow up to my telephone call with the Court on Friday, December 2, 2011.  At that time, I was asked whether this office had the consent of the adversary to this request.  I wrote to counsel for Plaintiffs in this regard.  I have not yet received a response.

Respectfully submitted,
Nash Law Firm LLC


/s/ *Alan Reuter*
Alan A. Reuter, Esq.

cc:  Wesley G. Hanna, Esquire (via electronic filing)
     Melissa Kanbayashi, Esq. (via electronic filing)