```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| MARYANN COTTRELL and RICHARD HOLLAND,<br><br>           Plaintiffs,<br><br>     v.<br><br>ZAGAMI, LLC, d/b/a THE LANDMARK AMERICANA TAP AND GRILL, d/b/a LANDMARK LIQUORS, d/b/a THE SPOT,<br><br>           Defendant. | Civil No. 08-3340 (JEI/AMD) |

### ORDER ON INFORMAL APPLICATION

This Matter having come before the Court by way of letter request dated November 28, 2011 from Alan A. Reuter, Esquire, counsel for defendant, for an Order extending the time within which to file dispositive motions; and the Court having also received a letter dated December 5, 2011 from Wesley G. Hanna, Esquire; and for good cause shown:

IT IS this **5th** day of **December 2011**, hereby

**ORDERED** that dispositive motions shall be filed with the Clerk of the Court no later than **December 16, 2011**.  No further extension of the dispositive motion deadline shall be granted without good cause.


                              s/ Ann Marie Donio
                              ANN MARIE DONIO
                              United States Magistrate Judge

cc:  Hon. Joseph E. Irenas