UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARYANN COTTRELL and RICHARD HOLLAND,<br><br>        Plaintiffs,<br><br>    v.<br><br>ZAGAMI, LLC<br><br>        Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 08-3340<br>(JEI/AMD)<br><br>**ORDER** |

**APPEARANCES:**

LAW OFFICES OF SANDER FRIEDMAN
By: Wesley G. Hanna, Esq.
125 North Route 73
West Berlin, NJ 08091
    Counsel for Plaintiffs

NASH LAW FIRM LLC
By: Alan A. Reuter, Esq.
1001 Melrose Avenue, Suite A
Blackwood, NJ 08012
    Counsel for Defendant

MARKS, O'NEILL, O'BRIEN & COURTNEY, PC
By: Melissa Kanbayashi, Esq.
Cooper River West
6981 N. Park Drive, Suite 300
Pennsauken, NJ 08109

**IRENAS**, Senior District Judge:

   **IT IS** on this  3 rd day of January, 2012,

   **ORDERED THAT:**

   1.  Defendant shall submit a single 40-page brief inclusive of the statement of facts in support of a single Motion for Summary Judgment against both Plaintiffs by January 10, 2012.

1

2.  Plaintiffs shall submit a brief in opposition no longer than 40 pages by January 31, 2012.

3.  No reply briefs shall be submitted and no extensions of time shall be permitted.

4.  Oral Argument shall be held on Friday February 10, 2012 at 11:30 a.m. in Courtroom 1 of the Mitchell H. Cohen U.S. Courthouse in Camden, New Jersey.

                                                           s/Joseph E. Irenas
                                            **JOSEPH E. IRENAS, S.U.S.D.J.**