[Doc. No. 58]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARYANN COTTRELL and RICHARD HOLLAND, <br><br> Plaintiffs, <br><br> v. <br><br> ZAGAMI, LLC, d/b/a THE LANDMARK AMERICANA TAO AND GRILL, d/b/a LANDMARK LIQUORS, d/b/a/ THE SPOT, <br><br> Defendant. | Civil No. 08-3340 (JEI/AMD) |

## ORDER

This matter having come before the Court by way of letter application filed by Plaintiffs seeking to redepose David Goldman and Max Camaratta and seeking fees; and the Court having held a telephone conference on January 6, 2012, with Wesley Hanna, Esquire, appearing on behalf of Plaintiffs; and Melissa J. Kanbayashi, Esquire, and Alan Reuter, Esquire, appearing on behalf of Defendant Zagami, LLC; and for the reasons set forth on the record; and for good cause shown:

IT IS on this 9th day of January 2012,

**ORDERED** that Plaintiffs' letter application to redepose David Goldman and Max Camaratta and for fees shall be, and hereby is, **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiffs shall be permitted to depose

David Goldman and Max Camaratta for an additional thirty (30) minutes each on the limited subjects as set forth on the record; and it is further

**ORDERED** that the depositions shall take place at the Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey, on a date agreed to by counsel no later than January 19, 2012; and it is further

**ORDERED** that Plaintiffs' request for fees shall be and hereby is **DENIED**.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joseph E. Irenas